AO91 (Rev.5/85) Criminal Complaint

==================================================================

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL COMPLAINT |
| DANIEL CARSON CRUMLEY | CASE NUMBER: 3-06-mj-00086-JDR |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>May 5, 2006</u>, in the <u>District of Alaska</u>, defendant(s) did, attempt to take by force, violence, and intimidation, from the person and presence of Renee Dossman-Berry, an employee of Alaska USA Federal Credit Union (AUSAFCU), 1650 West Northern Lights Boulevard, Anchorage, Alaska, a financial institution, the deposits of which are insured by the National Credit Union Administration (NCUA), money, belonging to and in the care, custody, control, management and possession of said AUSAFCU, to wit: approximately one thousand six hundred sixty dollars and zero cents ($1,660.00) in United States currency; all of which is in violation of <u>Title 18, United States Code, Section 2113(a) - Bank Robbery</u>.

I further state that I am a <u>Special Agent</u> of the <u>Federal Bureau of Investigation</u>, and that this complaint is based on the following facts:

See attached affidavit, incorporated by this reference, as if fully restated herein.

Continued on the attached sheet and made a part hereof:   <u> X </u> Yes   ___ No

```
                                  /s/ Robert A. Milroy
                                Robert A. Milroy, Special Agent, FBI
```

Sworn to before me and subscribed in my presence,

| | | |
|---|---|---|
| <u>May 6, 2006</u> | at | <u>Anchorage, Alaska</u> |
| Date | | City and State |

| | |
|---|---|
| <u>John D. Roberts</u> | <u>John D. Roberts [seal affixed]</u> |
| United States Magistrate Judge | Signature of Judicial Officer |