IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No.3-06-mj-00086-JDR |
| Plaintiff, | ) | |
| | ) | A F F I D A V I T |
| v. | ) | |
| | ) | |
| DANIEL CARSON CRUMLEY | ) | |
| | ) | |
| Defendant, | ) | |

I, ROBERT A. MILROY, Special Agent, Federal Bureau of Investigation (FBI), Anchorage, Alaska, being first duly sworn, upon oath, depose and say:

1.    I am currently employed as a Special Agent (SA) for the Federal Bureau of Investigation (FBI) and have been so employed since March of 2006.  During my employment with the FBI, I have been assigned to the investigation of criminal matters within the jurisdiction of the FBI, with emphasis in the areas of bank robbery, drugs and white collar crime.  I have been assigned to a white collar crime squad within the Anchorage Office of the FBI since April of 2006.

2.    The information contained below is from my personal knowledge and experience, other law enforcement personnel, or from those specific sources as set forth.

3.    This investigation concerns the robbery of Alaska USA Federal Credit Union (AUSAFCU), 1650 West Northern Lights

Boulevard, Anchorage, Alaska, at approximately 2:34pm on Friday, May 5, 2006.

4.    Victim Bank Teller No. 1 was employed as a teller at the aforementioned credit union on the date of the robbery.  She advised that an unknown White male with a "pug" face, approached Victim Teller No. 1's  station and gave her a note demanding money.  Victim Teller No. 1 removed money from her drawer, including an electronic tracking device (ETD), and provided it to the robber.  The robber then exited the credit union.  The robber was wearing a black nylon running jacket, jeans and a winter beanie hat.

5.    Victim Teller No.2 was employed as a teller at the aforementioned credit union on the date of the robbery.  She noticed the robber enter the branch and wait at the front of the customer service line for the next available teller.  Victim Teller No. 2 described the robber as a white male that was wearing a dark coat and a dark beanie.  He had a pair of black and green glasses that were in his mouth.

6.    Officers of the Anchorage Police Department (APD) responded to the aforementioned bank robbery and quickly tracked the transmissions from the ETD to two individuals, which were located at 3212 Oregon, in Anchorage, Alaska.  APD Officer (OFCR) KEVIN EHM observed an unknown male later identified as DANIEL CARSON CRUMLEY wearing a tan top and blue jeans and an unknown female wearing a red zip-up sweatshirt, black top and black stretch type pants standing on the step this address while he was following the emissions of the ETD.  When APD officers arrived no other

individuals were present at this address that matched the physical description of the bank robber.

7.   APD Officers determined that CRUMLEY did not live at 3212 Oregon, and that he arrived just a few minutes before they did. The female later identified as CRUMLEY's wife, LINDA MARIE CRUMLEY was found to be in possession of the money and TI when Officer EHM's handheld Pronet pointed strongly to the front of her body.

8.   Victim Teller No. 1, was brought to 3212 Oregon for a show-up with CRUMLEY.  Victim Teller No. 1 identified CRUMLEY as the bank robber.

9.   The deposits of AUSAFCU are insured by the National Credit Union Administration (NCUA).   JAMEY BROPHY, Security Officer, AUSAFCU, advised me that the NCUA number for AUSAFCU is 5913, and it was issued on 12/06/1948.

10.  CRUMLEY was subsequently arrested for the aforementioned bank robbery and transported to the Anchorage Office of the FBI, where he was advised of the offense with which he was charged and of his Miranda Rights.  CRUMLEY indicated that he understood his rights, agreed to waive them and answer questions without the presence of attorney, and signed a written waiver to this effect.

11.  CRUMLEY confessed to robbing the aforementioned AUSAFCU Branch earlier on May 5, 2006.  He provided detailed information about how he prepared for and executed the robbery, which was not publicly known.  CRUMLEY admitted to entering the bank, approaching a teller and presenting her with his demand note, obtaining money from her, fleeing the scene and shedding the black jacket he wore during the robbery when he arrived at 3212 Oregon, where he was

apprehended by APD Officers a few minutes later. CRUMLEY was shown a copy of the demand note and several still surveillance images from the aforementioned bank robbery, and he admitted that he wrote the note and was the individual depicted in the surveillance footage.

12.    Based on the aforementioned information, there is probable cause to believe that DANIEL CARSON CRUMLEY robbed Alaska USA Federal Credit Union (AUSAFCU), 1650 West Northern Lights Boulevard, Anchorage, Alaska, at approximately 2:34pm on Friday, May 5, 2006, the deposits of which are insured by the National Credit Union Administration (NCUA).

13. On information and belief, the conduct of DANIEL CARSON CRUMLEY constitutes a violation of Title 18, United States Code, Section 2113 (a) - Bank Robbery.

FURTHER, YOUR AFFIANT SAYETH NAUGHT.


/s/ Robert A Milroy
Special Agent Robert A. Milroy
Federal Bureau of Investigation


SUBSCRIBED AND SWORN TO BEFORE ME this _____ day of May 6   , 2006, at Anchorage, Alaska.


/s/ John D. Roberts [seal affixed]
John D. Roberts
U.S. Magistrate Judge

4