DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| v. | ) | BANK ROBBERY |
| | ) | Vio. 18 U.S.C. § 2113(a) |
| DANIEL C. CRUMLEY, | ) | |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges that:

That on or about May 5, 2006, in the District of Alaska, the defendant, DANIEL C. CRUMLEY, did, by force, violence, and intimidation, take from the person and presence of an employee of Alaska USA Federal Credit Union, located at 1650 West

Northern Lights Boulevard, Anchorage, Alaska, the deposits of which were then insured by the National Credit Union Administration, money belonging to and in the care, custody, control, management, and possession of said Alaska USA Federal Credit Union, to wit: approximately one thousand six hundred-sixty dollars ($1,660) in United States Currency, all of which is in violation of 18 U.S.C. § 2113(a).

A TRUE BILL.

Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3383
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3383
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED: 5/16/06