MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  DANIEL C. CRUMLEY        CASE NO. 3:06-cr-00048-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      ROBIN M. CARTER

UNITED STATES' ATTORNEY:    STEPHAN COLLINS

DEFENDANT'S ATTORNEY:      MARY GEDDES - PREVIOUSLY APPOINTED

U.S.P.O.:            PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 05/19/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:30 a.m. court convened.

X Copy of Inditment given to defendant; read.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant stated true name: same as above      Age: 37

X PLEA: Not guilty to count  1 of the Indictment

X Detention continued as previously set.

X Pretrial motions due **June 8, 2006**   ; Order For the
  Progression of a Criminal Case **FILED**.

X Counsel advised of trial date:  **June 26, 2006**

At 10:35 a.m. court adjourned.

DATE: May 19, 2006         DEPUTY CLERK'S INITIALS:  rc