Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>DANIEL CARSON CRUMLEY,<br><br>                    Defendant. | Case No. 3:06-cr-0048-RRB-JDR<br><br>**NOTICE OF CHANGE OF<br>LEAD ATTORNEY** |

      Defendant, Daniel Carson Crumley, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby requests the court no longer electronically serve pleadings in the above-captioned case on Mary C. Geddes, Assistant Federal Defender.  Assistant Federal Defender Michael D. Dieni is the lead attorney in this matter, and requests that copies of all future court documents and correspondence be electronically served on him or sent to Michael D. Dieni, Assistant Federal Defender, 601 West 5th Avenue, Suite 800, Anchorage, AK 99501.

DATED this 30th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 30, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.

/s/ Mary C. Geddes