Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DANIEL CARSON CRUMLEY,<br><br>        Defendant. | Case No. 3:06-cr-0048-RRB-JDR<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA**<br>*Filed on Shortened Time* |

       Defendant, Daniel Carson Crumley, by and through counsel Michael D. Dieni, Assistant Federal Defender, provides notice of his intent to plead guilty to the indictment. The parties request that the matter be set for a hearing to consider Mr. Crumley's guilty plea on a date after Tuesday, June 20, 2006, in order to give the parties additional time to finalize the details.  Also, Assistant United States Attorney Frank Russo is unavailable on Monday, June 19, 2006.

       It is appropriate and the parties therefore request that the court vacate the final pretrial conference and trial in this matter, currently scheduled for June 19, 2006, and June 26, 2006, respectively.

DATED this 16th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on June 16, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.

/s/ Michael D. Dieni