```
             UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA


         USA   v.   DANIEL CARSON CRUMLEY
DATE:   June 16, 2006    CASE NO.   3:06-CR-0048-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  MINUTE ORDER FROM CHAMBERS
              RE NOTICE OF INTENT TO CHANGE PLEA
```

Defendant has filed a Notice of Intent to Change Plea requesting a hearing after June 20, 2006. Due to the unavailability of Judge Beistline, the final pretrial conference on **Monday, June 19, 2006,** at **9:15 a.m.**, will be utilized as a scheduling hearing for a change of plea hearing date.

M.O. RE NOTICE OF INTENT TO CHANGE PLEA