UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>   v.   <u>  CRUMLEY  </u>

DATE:   <u>  July 7, 2006  </u>   CASE NO.   <u>  3:06-CR-0048-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING FINAL PRETRIAL CONFERENCE**

---

The final pretrial conference scheduled in this matter for July 17, 2006, is **rescheduled** and will be held on **Thursday, July 13, 2006, at 8:45 a.m.**, in Courtroom 2 in Anchorage, Alaska.