Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DANIEL CARSON CRUMLEY,<br><br>                    Defendant. | Case No. 3:06-cr-0048-RRB-JDR<br><br><br>NOTICE OF INTENT<br>TO PLEAD GUILTY |

Defendant, Daniel Carson Crumley, by and through counsel Michael Dieni,

Assistant Federal Defender, hereby provides notice of Mr. Crumley's intent to plead guilty.

DATED this 7th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on July 7, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Frank V. Russo, Esq.

/s/ Mike Dieni