UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 USA  v.  DANIEL CARSON CRUMLEY 

DATE:  July 10, 2006   CASE NO.   3:06-CR-0048-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING CHANGE OF PLEA HEARING**

---

Defendant Crumley has filed a Notice of Intent to Plead Guilty at Docket 20.  A change of plea hearing will be held on **Monday, July 17, 2006, at 9:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.  The final pretrial conference scheduled for July 13, 2006, and the jury trial scheduled for July 17, 2006, are **vacated.**

M.O. SCHEDULING CHANGE OF PLEA HEARING