Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DANIEL CARSON CRUMLEY,<br><br>                Defendant. | Case No. 3:06-cr-0048-RRB-JDR<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

        Defendant, Daniel Carson Crumley, by and through counsel Michael Dieni, Assistant Federal Defender, submits this abbreviated sentencing memorandum.  As a result of post-plea negotiations with the State of Alaska, it is anticipated that the government and Mr. Crumley jointly will request a sentence of 58 months.  This sentence would actually exceed the proposed U.S.S.G. range of 46 to 57 months.  The terms of the agreement are explained and detailed as follows.

        In addition to the 46 to 57 month guideline range for this offense, Mr. Crumley faces probation revocation proceedings in state case 3AN-S05-3595, with a maximum exposure to 18 months.  With good time, 18 months translates into an additional 12

months.  The State of Alaska has agreed to impose no additional time and terminate Mr. Crumley's probation in the state court proceedings in trade for adding 12 months to the low end of Mr. Crumley's federal robbery case guideline range.  The proposed 58 months, therefore, represents the 46 month guideline value plus 12 months.

If Mr. Crumley had not made this agreement, he would have asked for less than the 46 months, in accord with *Booker* and additional arguments available to him pursuant to 18 U.S.C. § 3553.

Mr. Crumley's offense is highly mitigated.  He neither used nor overtly threatened the use of actual violence, even going so far as to apologize to the victim, saying he was "sorry," as he did the robbery.  He had no weapon.  He was desperate, addicted to drugs, with no place to live, and a wife who had turned to prostitution to get money.  The robbery was a spur of the moment decision, the culmination of two lives that had hit the gutter.

Mr. Crumley's goal for the future is to make the best of prison by doing the RDAP 500 hour program and working on potential job skills.  Mr. Crumley has a significant work history.  He is not lazy.  His failures have centered around substance abuse, and he sees that this problem must be solved before anything good for him can happen.

The alternative to the deal set forth above would have been to request the substitution of a referral to a post release long term residential program in Alaska, such as Nugens Ranch, as an alternative to a portion of the 46 months.  Instead, however, Mr. Crumley has decided that he does not wish to return to Alaska.  He does not feel that he has a significant connection to the community here and wishes a clean break, and an opportunity to start over elsewhere.  So, the deal, which ends Mr. Crumley's probation and

jail time obligations in Alaska, makes sense. Also, by eliminating the potential for any Alaska-based detainers, Mr. Crumley can take full advantage of community release related opportunities sometimes offered by the Bureau of Prisons.

*Conclusion*

Mr. Crumley requests a sentence of 58 months. He requests that the court recommend the 500 hour RDAP program. Also, because Mr. Crumley has maintained a relationship with one of his sisters in Wisconsin, Mr. Crumley requests that the court recommend placement at Oxford FCI in Wisconsin.

DATED this 20th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on September 20, 2006, a copy of the foregoing document was served electronically on:

Frank V. Russo, Esq.

/s/ Michael D. Dieni