NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-00048-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | <u>UNITED STATES SENTENCING</u> |
| DANIEL C. CRUMLEY, ) | <u>MEMORANDUM</u> |
| ) | |
| Defendant. ) | |
| ) | |

**<u>SUMMARY OF SENTENCING RECOMMENDATIONS</u>**

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . . . . **58 MONTHS**

**SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . . . . . . . . . . **3 YEARS**

**SPECIAL ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**

The United States Probation Office ("USPO") has prepared a presentence investigation report ("PSR") in this case. The government does not dispute the factual findings of the USPO.

## I. BACKGROUND

On May 5, 2006, the defendant robbed the Alaska USA Federal Credit Union at 1650 W. Northern Lights Boulevard in Anchorage. The defendant was arrested a short distance away, and the $1,660 he stole was recovered. On May 16, 2006, the defendant was indicted with one count of Bank Robbery, in violation of 21 U.S.C. § 2113(a). On July 17, 2006, the defendant pled guilty without a plea agreement.

## II. SENTENCING AGREEMENT

Subsequent to the guilty plea, the parties reached an agreement on a sentence in the instant case that would also satisfy an outstanding state court probation violation. The parties have agreed, pursuant to Fed. R. Crim. P. 11(c)(1)(C), to a sentence of 58 months in federal prison. As a result, the State of Alaska has agreed to terminate the defendant's probation so long as he admits the violation. The defendant has 18 months remaining on his state probation. Any sentence the defendant would receive from the state would be served concurrently with the

federal sentence. The defendant further agrees to waive his right to appeal his sentence so long as the terms of this agreement are respected.

The United States also requests that the Court impose three years of supervised release and a $100 special assessment.

     RESPECTFULLY SUBMITTED this  20th  day of September, 2006 in Anchorage, Alaska.

                        NELSON P. COHEN
                        United States Attorney

                        s/ Frank V. Russo
                        Assistant U.S. Attorney
                        Federal Building & U.S. Courthouse
                        222 West Seventh Avenue, #9, Room 253
                        Anchorage, Alaska  99513-7567
                        (907) 271-5071
                        (907) 271-1500 (fax)
                        Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on September 20, 2006, via:

     (X) Electronic case filing notice

Michael Dieni, Esq.

Executed at Anchorage, Alaska, on September 20, 2006

s/ Frank V. Russo
Office of the U.S. Attorney