Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL CARSON CRUMLEY,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0048-RRB-JDR<br><br>**NOTICE OF FILING LETTER** |

　　　　Defendant, Daniel Carson Crumley, by and through counsel Michael D. Dieni, Assistant Federal Defender, hereby files for the court's consideration a letter to the court.

　　　　DATED this 22nd day of September, 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　FOR THE DISTRICT OF ALASKA

　　　　　　　　　　/s/ Michael D. Dieni
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　Alaska Bar No. 8606034
　　　　　　　　　　601 West 5th Avenue, Suite 800
　　　　　　　　　　Anchorage, AK  99501
　　　　　　　　　　Ph:  (907) 646-3400
　　　　　　　　　　Fax:  (907) 646-3480
　　　　　　　　　　mike_dieni@fd.org

Certification:

I certify that on September 22, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.

/s/ Michael D. Dieni