Judge, Beistline

    I just needed to let the court know that I am sorry for my actions. I was not thinking about the Individuals that I affected during the robbery. I Realize that I can not go around traumatizing people Just cause I need something or have a problem. I was not thinking clearly. It was a desperate act, I had just bit off more than I could handle. Any way I just want you to know that I do realize what I did was wrong and I am sorry, to the bank & People Involved.

                                      Thanks

                                Dan Crumley