```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   DANIEL C. CRUMLEY         CASE NO. 3:06-CR-00048-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:      RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:     SUZANNETTE DAVID / CAROLINE EDMISTON

UNITED STATES ATTORNEY:    FRANK RUSSO

DEFENDANTS ATTORNEY:       MICHAEL DIENI

U.S.P.O.:                  PATRICIA WONG

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 09/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Imprisonment for a period of   58 MONTHS.

 X Defendant placed on supervised release for a period of 3 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Special Assessment $ 100.00   , due    IMMEDIATELY.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court and counsel heard re parties stipulated agreement re paragraph 53 in the presentence report; Court directed probation officer to amend presentence report with parties' stipulated verbiage; Court counsel heard re sentencing recommendations; Payment coupon given to defendant; Court advised defendant of appeal rights.

At 9:17 a.m. court adjourned.

DATE: SEPTEMBER 27, 2006    DEPUTY CLERK'S INITIALS: SCD/CME